FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

May 5, 2023

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

CHARLes ABRAham Smith JR

(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. 127778
(Do Not Put Your Social Security Number)

V.                                    CASE NO.  5:23-cv-5072

Joe Biden - PRESIDEnt
mike pence - Vice president
U.S.A - SECRETARY of DEFENSE

(Enter above the full name of the Defendant,
or Defendants, in this action.)

I.      **Previous Lawsuits**

A.      Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?

Yes ~~X~~ 3        No  ✔

B.      If your answer to A is yes, describe each lawsuit in the space below including the exact
Plaintiff name or alias used.  (If there is more than one lawsuit, describe  the additional
lawsuits on another piece of paper, using the same outline.)

1.      **Parties to this lawsuit**

Plaintiffs: Charles ABRAham Smith JR.

Defendants: Robert Watkins, DANIEL Shue, BARRETT-milan PROSEcTORs All
City of Fort Smith. 3 greenwood DISTRICT

2.      Court (if federal court, name the district; if state, name the county):
~~Sebastian County District court~~ County 3 greenwood DIStrict

3.      Docket number: _____  Jople

4.      Name of judge to whom case was assigned: _____ NONE

5.      Disposition (for example:  Was the case dismissed?  Was it appealed?
Is it still pending?) Zor Filing Both at SAme time.

6.      Approximate date of filing lawsuit: 4- 25-23

7.      Approximate date of disposition: _____ NoNe.

(Revised12/2016)

-1-

**PLEASE COMPLETE THE FOLLOWING INFORMATION AND RETURN IT
TO THE UNITED STATES DISTRICT CLERK'S OFFICE.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

The Clerks's Office has provided me with a copy of the **Notice of Electronic Availability
of Case Information**.  (See Federal Rules of Civil Procedure § 5.2.)

*Charles ABRAHam Smith Jr*
Printed Name

*Charles a smith Jr*
Signed Name

*4 - 25 - 23*
Date

*None - Dont Know it*
Case Number (If Known)

-2-

**II.**   **Place of Present Confinement:** VARNER unit, USan 368 P.O. Box 400. GRAdy ARK, 71644-0400

**III.**   There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

**A.**   Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _____   No ✓

**B.**   If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

**C.**   If your answer is NO, explain why not: This Aint Against prison OR Jail. Its About SECRETARY of Defence My Invention 3 Designs.

**IV.**   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

**A.**   Your Full Name: Charles ABRaham Smith JR #ADC 127778

Address: P.O. Box 400. GRAdy ARKANSAS. 71644-0400

(In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

**B.** Read carefully and fill out all information sought.

   **1. Defendant #1.**

Full Name: Joe Biden

Position: PRESIDent

Place of Employment: White House ; goverment.

Address: 1600 PennsylVAnia AVe.NW. WAshington.DC 20500

-2-

### 2. Defendant #2.

Full Name: _mike pence_

Position: _Vice PRESIDENT_

Place of Employment: _WHite House 3 gouerment_

Address: _1600 pennsylvaniA ,NW,_
_WAShington DC, 20500_

### 3. Defendant #3.

Full Name: _U, S, SECRETARy of De Fense_

Position: _Defense pentagon U.S.A.SECRETARy of def_

Place of Employment: _pentagon._

Address: _DeFense pentagon "Surte #1000_
_WAShington DC.20301_

### 4. Defendant #4.

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

_____

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

V.     **At the time of the alleged incident(s), were you:**
(check the appropriate blank)

✓          in jail and still awaiting trial on pending criminal charges
           serving a sentence as a result of a judgment of conviction
           in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _Trytng open my Technology Company 3 ENERgy Company_
_Throw legalzoom, They I Attempt BANk Robber with No Gun._
_Reach out. To_ _come Prison , with ENHANcement From Begin. of pLEA. Deal. 2_
_U.S.SECRETARy of Defense._   **Please provide the date of your conviction or probation or parole revocation:**
_Jult 1- 2022._

## VI. Statement of Claim

State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the **facts** of your claim.

With respect to **each** claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

**Claim Number # 1:**

Type of Claim (for example, excessive force, denial of medical care, etc.):

PAin 3 SuFFeR.) mentAl suffering,) loseing prof'ts

of INVentions 3 DeSigns,) TAKen my propret,) Civil Rights And

my constitutional Rights S Are tul Federal.

Date of the Occurrence: 11-30-2022, 3 Thru 5-1-2023

Name of Each Defendant involved: Joe Biden - PReSIdent,) NexT

mika pence. Vice PReSIdent,) U. S. SECRTAR, of

DeFense,) WAShington D C STATe.3 county.

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it. Violation of my Civil Rights 1866 3 1871. "U.S. constitution. STA

STATe 3 Federal.

I Need money, 3 Help legally. For my FAmily, Jo I

shermen Amendmur STARt Sendg U. S. A. SECRTAR, of Defense

My INVention's 3 DeSigns so to 75 at A true eAch

PACKAge's. For U. S. A. and NoNe Sent me No prof'ts or

compensation. or Help or ANything. They Know I'm POOR BlACK

Man, They Know my condions I'm In. That bring me more

PAin 3 SuFFering. in mentAl SuFFer where I Have TAKe Medsos For.

mentAl. Seector Plean.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights,** Civil Rights 1866-1871, Any U.S Consot

Constitution. State's Federal. Sherman Amendments
By Them Not giving me No Type of Compensation.
No Payment at all. Deprived of my property, of
my Inventions, Designs, giving me Help at person of
This Nation's U.S.A Country Know my Circumstances.
That "I HAVE No end come But This my Designs, Inventions
IDEAS." Not give No Help at all. Violated my Civil Rights,
STATE's Federal. And my constitutional Rights STATE's Federal. Going the
In all Ways **Claim Number # 2** The Pandmic and Depression, leaving me suffering

U.S. Constitution State's Federal **Type of Claim (for example, excessive force, denial of medical care, etc.):** Civil Rights 1866's 1871 Am
PAin's Suffering, Mental Suffering, lost of
Benefits going Throw Pandmic Covid 19. Depression

CAn't Help my Family & my self **Date of the Occurrence:** 12-30-2022 Throw 5-1-2023 soon

**Name of Each Defendant involved:** B. Joe Biden, Mike Peace ⊛ ②
U.S.A. SECRETARY of Defense. Washington
D.C. STATE & County

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.** Breaking Civil Rights 1866-1871. U.S. Constitution, State's
Forderal's Sherman Amendment.
While going Throw The Pandmic Depression of
U.S.A Covid-19. I Needing my Benefits
of Design's & Inventions Designs Not getting
No Funds. Hurt Me in Every way, Financly
Mentally, Pain suffering. Not Able Help my
Kids, Family. No Lawyer Fees. No Food, or Any thing
The cause me Deprive me of my U.S.A. Justice & Liberty. Pain & Suffering, mental suff **With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

___✗___ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___✗___ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___ **both official and personal capacity**

— Joe Biden — PRESIdent

HARM DONE IS STATEING FACTS. HARM Buy
Takeing & Obtaineding My Designs And INVentions
Designs" That I DID" personal They RECEIVING
Them at U.S.A. SECRTARY of DeFense office
IN WASHing DC. 20301 zipcode- Address "DeFense
PentAGON" Suite #1000 WASHINGTON DC. 20301. Put
All 3. IN POSSESSION of My property with out Regard
to IF Im Be OK OR Not. leaveing me my Family
poor" Then Takeing Full ownership of my Designs & INVented
US with out ANything at all. Bring HARM, PAIN Suffering
Mentally Suffering. "Loses of profits "Benefits" of each
one Then INVentions 3 Design Ideas — That Could
Sauner or later could Made My Family & I.. over
BillionAir and over And time That Alone. Do TO
the Quality of Them Ideas 3 Products. IDEAS. For the
Army, NAVY, Government world Alone. bottom line.
That is proscribing Theft at world High unseen.
Theft By Receiving Them Designs 3 INVentions. Not
PAYing Nothing at all To me. That make it Theft
Me Beeing A poor Black Man. INVentor "STill A
U.S. 4 Citizen and INVentor. of Them Designs. The 3.
Should Be it all Times ALARM of WHAT going
on at U.S. SECRTARY of De Fense office and
Defense Pentagon. Washington DC.. Then Top
Classified Designs of Them 350 = Belive INVention
Designs I Should got PAID For Do To seat Them The
granduard Muster Designs. This Violated's all My STATE
& Federal Civil Rights And Constitutional STATE 3 Federal
RightsAlso. Fourteenth Amendment. By Congress Also on File
That, The general Remarks From Read on The Liberal purpose
of 1 offers No explict guidance as To the PARTIES Against
WHom the Remedy could Be enforced. As the court
concedes, only Representative Bingham RAised a concern
which could Be satisfied only By Relief Against the
Governmental Bodies provision of ACT 3 Bill incledeFail
Cong . Globe # 42d Cong 1st sess ...

True To This the extended Discourse on the beneficant
purpose of the Fourteenth Amendment clearly stated
That congress could provide That No Citizen or
U.S.A AMERICAN, Any STATE Shall Be Deprived of
His or Her, Property By STATE or Federal LAW OR the
Judgement of A State court with out compensation
722 Finally, while Bingham has often Been Advanced as
Chief expositor of the Fourteeth Amendment. The
Circumstances of one Trusting his U.S.A
country, To Be Just, And give me relief of some
Type That I HAVE No employeer but ony My Own
work & skells of me comeing up with My Ideas
Inventions & Designs, me Being A Inventor Trst
This congress To Help Me in This Depression & purduse
going Threw Covid-19 And Dealing with my
Circumstances, Condations. END of ① CLAIM
※  NUMBER ② CLAIMS,  ※ Mike pence-Vice※
By then not giving Me Not No Type of Relief,
Support at Any level or STAKT Some Type of
understanding To Help Me in all WAs one could
Know the Politic & Power Authority they have To Help
This Show unProfessonalness of every level Knew
I is A And more & Depression. One is in a
That is unconstitutional "This is Personal and Threw
Bodies of cogress, politic, Government To give Some
Type of Funds To Bring LocAl WAshington DC government
officials Hold Accountable For Takeing The Designs
In First place if They Did Not want Them or
like Them. Could have easyly SAid; writing me
To Me Not To send Nothing None To Them And
give Me all Them BAck To SAle To Some one
else. These WHere Fresh Designs & Inventions For
U.S.A "WAr companys and To make them More
※ Independant Not HAVE To Deal with other countris
For Higher level of WAR product Designs & Inventions
※ Claim The LIS Design By me, so government Authorte s And

page ③

* end — "• Mike pence - VICE PRESIDENT •

Local governments of Washington DC. president.³ Vice president. And U.S.A. SECRETARY Defense. Must Not DEPRIVED me of Some Type compensation But they DID with Any CARE For Human Life of Me And my Family. That made me Suffer More PAIN ³ SuFFERING Do To. even going Threw Death's In my Family. Me Trying TO Be Some Type of DAD To my Sons ... Been To come More IN DePRession STATE. in every way. leaving me SuFFERING. To Be Able Help my Sons go Collage More ... Owne A Business ... Buy cloths Shoes. food Help my grandChild ... So In Being DePRIVed FINANCIALLY ... undergoing more STRESS. * end of CLAIM ② * * * * * * * * * *

⊗ ② CLAIM WAS on: Mike pence - VICE PRESIDENT ×"
* — — — — eND of CLAIM 2 — — *

CLAIM. ③  U.S.A. SECRETARY of Defense ... got 6 PACKAGES of Designs ³ InVentions ³ IDEAs ... of InVentions Never at No point Try To give ME No Type of Any Compensation ... No pardon ... no Help. No nothing. The Designs ³ InVentions. WAS For U.S.A. Ci7zens and NASA space center. Army. NAVy. gouRAment Agents. To The U.S.A. Country. even All Designs For The USA HAWk space center. Design is For Building The U.S.A. SPACE world is in Jade government Ships For The U.S.A. Ci7zens of AMERIcans To Be Able To live. out space. "So Anyone ... That's Smart Know. over getting Almost - 350 Master Designs of InVentions. From A poor Man: you get To give him Something. And patent WithAt He Bless you. With This WAS Designs To Help The people of U.S.A. COUNTRY ... yes I made MISTAkes But this Is All I DO is Design InVentions " IDEA's For InVentions, ... I put on paper. ... I TRusting The U.S.A.

THey TAKING LAW going Against My Civil Rights STATE'S Federal and my Constitutional Rights STATE & Federal. " That IS DepRIVEd of . Lif. & LiBeaty . Justice " That IS The 14th, 14th Amendment To U.S.A. Constitution IS Due process And EQual pROTECTion Clause, I CAN Not Be Deprived of Life . LiBerty. OR pROpRRty with out Due pROCESS, o f LAW My 6th AMendment Rights To Counsel IS Made Applicable To tHe STATE'S By the 14th AMendment Due pRocess Clouse's . Denial of my Rights any STAers Civil Rights oR consotitutional is A Violation of Due pROCESS.

CLAIM ③ ENVISION P G

U.S.A. SECRETARY OF DEFENSE .. HAVE TO DO All .. Is get A MECHANICAL Engineer" PROTO TYPE Builders, ③ Code STRIP writers .. Build The Item ITEMS ③ pRoducts. of All Types. even DOCTORS Dental, ECT, ANmials .. Humans .. Homes To. TVS To DVDSplayers. ICE BoXs. D'FREEZER .. Cook TopS. MAKEE WAVES .. ToasterS. LAPTops .. CompTuers .. WindowS Items. Cow Ztems Feeders .. HoRSES .. all CABS ③S. U.V. .. TANKS TRucKS BOATS .. DesigNS ③ INventions. mADe By Me. The Home Ztems. MUSOC plAyer RAdios. To City Buildings. Town. And Building. out in woods Buildngs I give Them The WASHer SAuceliteo. Sky WiReless ENERgy .. DesigNS. For And Homes' CoTy. TowN. NukS. CARS all Ztems in A Home Can Dryer Run OFF my SAucelitEo Technology .. Self SufFicient ③ DiSh SELF-SubTAin in ENERgy, at' all Time This DesigN For poWer WASHer Could Still Be owne in A STorm with out The U.S.A. powur line. Dams .. By STorms ③ TREES FAlling. This would up AdVance The U.S.A. in eVery Form of Life .. No More would you HAVE CAll A TREE mAn Come Cut up a TREE off A pouer line. This wAs A ZN Ueation To Change Things For good of U.J.A. Country. And U.S.A. govERAmont. NukS For WAR Alke Meantry. NukS Could AlSO HAVE SAme System Build IN Them So They could Be Shoot From ANy wher By WiReless ENERgy, There More. I keep Theet to The U.S.A. govERAment. They got DesigNS ③ INVentions DosigNS This is to Help U.S.A Country. all The home Ztems you See in Home got The SAuceliteo Technology WiReless ENERgy "System Build IN Them. For all BRANdS I

I Sent Them all My work 3 Trusting They
Help Me. even sent Designs of wireless Town
And A wireless City. WEAR No - Phone wire Hook
To No power lines at all. The Town & City
HAVEing The SAUCeLiteo Sky wireless eNergy System
on Them & Just SAUCeLiteo Technology. I Just
Trying Help This Country. My Family get A Job
Doing what I like DeSigning 3 INVenting. STAy out
Trouble. other working on Homes or CARS. Building Something.
Setting Around. Designing 3 INVenting put it on
Paper: I Just Try 3 Try get A Deal with U.S.A
GOVERAMENT "So I Sent Them every thing. So I
could Design 3 INVent For Them. got Nusled
My TRusting Them. I am pooR. So I ain't HAVe
The Assess Money pay For thing. like my photo types
And pAtents. or LAB Building I was working on that.
Out got B4Ak ReARER Case. Dio it with out A gun got
RAil Road. Then got Reaching out To U. S. A SECRETARY
of Defense. in washington. D.C. They TAke every thing.
leaveing me MORE Hurting my Sons 3 grand Child I Needing
Then To Be OK. my Sons mother Just pass. There
WAS No Room To Make No MORE MistAkes I
START Sending all my work out To The goveRAment.
To NO give up. To get compensation So I could
get Bick out TRouBle getting A Deal DesignS
INVentions. Then Turn over To goveRAment
each DAy. So I pRAy For Justice And Liberty
get up each DAy To work on Something. its
easy To me. For Some Reason all I DO. all
all other things Try keep From Doing. But
one or other. So I put my Best FAith up.
Best of all in Me To DO This Build A LiFe
Be Something To my Sons. Beside This ... So
They come Do Something Greater Than I.
So I Sent all To all U. S. A. goveRAment
pReSident 3 vice pReSident. U. S. A
the end of CLAZM ③ *

and application of appropriate rules of construction show unequivocally that § 1 was intended to cover legal as well as natural persons.

Representative Shellabarger was the first to explain the function of § 1:

"[Section 1] not only provides a civil remedy for persons whose former condition may have been that of slaves, but also to all people where, under color of State law, they or any of them may be deprived of rights to which they are entitled under the Constitution by reason and virtue of their national citizenship." Globe App. 68.

By extending a remedy to all people, including whites, § 1 went beyond the mischief to which the remaining sections of the 1871 Act were addressed. Representative Shellabarger also stated without reservation that the constitutionality of § 2 of the Civil Rights Act of 1866 controlled the constitutionality of § 1 of the 1871 Act, and that the former had been *684 approved by "the supreme courts of at least three States of this Union" and by Mr. Justice Swayne, sitting on circuit, who had concluded: " 'We have no doubt of the constitutionality of every provision of this act.' " Globe App. 68. Representative Shellabarger then went on to describe how the courts would and should interpret § 1:

"This act is remedial, and in aid of the preservation of human liberty and human rights. All statutes and constitutional provisions authorizing such statutes are liberally and beneficently construed. It would be most strange and, in civilized law, monstrous were this not the rule of interpretation. As has been again and again decided by your own Supreme Court of the United States, and everywhere else where there is wise judicial interpretation, the largest latitude consistent with the words employed is uniformly given in construing such statutes and constitutional provisions as are meant to protect and defend and give remedies for their wrongs to all the people. . . . Chief Justice Jay and also Story say:

" 'Where a power is remedial in its nature there is much reason to contend that it ought to be construed liberally, and it is generally adopted in the interpretation of laws.'—1 *Story on Constitution*, sec. 429." Globe App., at 68.

The sentiments expressed in Representative Shellabarger's opening speech were echoed by Senator Edmunds, the manager of H.R. 320 in the Senate:

"The first section is one that I believe nobody objects to, as defining the rights **2033 secured by the Constitution of the United States when they are assailed by any State law or under color of any State law, and it is merely carrying out the principles of the civil rights bill [of 1866], which have since become a part of the Constitution." Globe 568.

*685 "[Section 1 is] so very simple and really reënact[s] the Constitution." *Id.*, at 569.

And he agreed that the bill "secure[d] the rights of white men as much as of colored men." *Id.*, at 696.

In both Houses, statements of the supporters of § 1 corroborated that Congress, in enacting § 1, intended to give a broad remedy for violations of federally protected civil rights.[45] Moreover, since municipalities through their official *686 acts could, equally with natural persons, create the harms intended to be remedied by § 1, and, further, since Congress intended § 1 to be broadly construed, there is no reason to suppose that municipal corporations would have been excluded from the sweep of § 1. Cf., *e. g., Ex parte Virginia*, 100 U.S. 339, 346–347, 25 L.Ed. 676 (1880); *Home Tel. & Tel. Co. v. Los Angeles*, 227 U.S. 278, 286–287, 294–296, 33 S.Ct. 312, 57 L.Ed. 510 (1913). One need not rely on this inference alone, however, for the debates show that Members of Congress understood "persons" to include municipal corporations.

Representative Bingham, for example, in discussing § 1 of the bill, explained that he **2034 had drafted § 1 of the Fourteenth Amendment with the case of *Barron v. Mayor of Baltimore*, 7 Pet. 243, 8 L.Ed. 672 (1833), especially in mind. "In [that] case the *687 city had taken private property for public use, without COMPENSATION . . . , AND THERE WAS NO REDRESS FOR THE wrong . . . ." globe App. 84 (emphasis added). Bingham's further remarks clearly indicate his view that such takings by cities, as had occurred in *Barron*, would be redressable under § 1 of the bill. See Globe App. 85. More generally, and as Bingham's remarks confirm, § 1 of the bill would logically be the vehicle by which Congress provided redress for takings, since that section provided the only civil remedy

for Fourteenth Amendment violations and that Amendment unequivocally prohibited uncompensated takings. [46] Given this purpose, it beggars reason to suppose that Congress would have exempted municipalities from suit, insisting instead that compensation for a taking come from an officer in his individual capacity rather than from the government unit that had the benefit of the property taken. [47]

In addition, by 1871, it was well understood that corporations should be treated as natural persons for virtually all purposes of constitutional and statutory analysis. This had not always been so. When this Court first considered the question of the status of corporations, Mr. Chief Justice Marshall, writing for the Court, denied that corporations "as such" were persons as that term was used in Art. III and the Judiciary Act of 1789. See *Bank of the United States v. Deveaux,* 5 Cranch 61, 86, 3 L.Ed. 38 (1809). [48] By 1844, however, the *Deveaux* doctrine was unhesitatingly abandoned:

"[A] corporation created by and doing business in a particular state, ***688** is to be deemed to all intents and purposes as a person,* although an artificial person, . . . . capable of being treated as a citizen of that state, as much as a natural person." *Louisville R. Co. v. Letson,* 2 How. 497, 558, 11 L.Ed. 353 (1844) (emphasis added), discussed in Globe 752. And only two years before the debates on the Civil Rights Act, in *Cowles v. Mercer County,* 7 Wall. 118, 121, 19 L.Ed. 86 (1869), the *Letson* principle was automatically and without discussion extended to municipal corporations. Under this doctrine, municipal corporations were routinely sued in the federal courts [49] and this fact was well known to Members of Congress. [50]

That the "usual" meaning of the word "person" would extend to municipal corporations is also evidenced by an Act of Congress which had been passed only months before the Civil Rights Act was passed. This Act provided that

"in all acts hereafter passed . . . the word 'person' may extend and be applied to bodies politic and corporate . . . unless the context shows that such words were intended to be used in a more limited sense." Act of Feb. 25, 1871, § 2, 16 Stat. 431.

Municipal corporations in 1871 were included within the phrase "bodies politic and ****2035** corporate" [51] and, accordingly, the ***689** "plain meaning" of § 1 is that local government bodies were to be included within the ambit of the persons who could be sued under § 1 of the Civil Rights Act. Indeed, a Circuit Judge, writing in 1873 in what is apparently the first reported case under § 1, read the Dictionary Act in precisely this way in a case involving a corporate plaintiff and a municipal defendant. [52] See *Northwestern Fertilizing Co. v. Hyde Park,* 18 F.Cas. 393, 394 (No. 10,336) (CC ND Ill.1873). [53]

***690** II



1   2   3   4   Our analysis of the legislative history of the Civil Rights Act of 1871 compels the conclusion that Congress *did* intend municipalities and other local government units to be included among those persons to whom § 1983 applies. [54] Local governing bodies, [55] therefore, can be sued directly under § 1983 for monetary, declaratory, or injunctive relief where, as here, the action that is alleged to be unconstitutional implements ****2036** or executes a policy statement, ordinance, regulation, or decision officially adopted and promulgated by that body's officers. Moreover, although the touchstone of the § 1983 action against a government body is an allegation that official policy is responsible for a deprivation of rights protected by the Constitution, local governments, like every other § 1983 "person," by the very terms of the statute, may be sued for constitutional ***691** deprivations visited pursuant to governmental "custom" even though such a custom has not received formal approval through the body's official decisionmaking channels. As Mr. Justice Harlan, writing for the Court, said in *Adickes v. S. H. Kress & Co.,* 398 U.S. 144, 167–168, 90 S.Ct. 1598, 1613, 26 L.Ed.2d 142 (1970): "Congress included customs and usages [in § 1983] because of the persistent and widespread discriminatory practices of state officials . . . . Although not authorized by written law, such practices of state officials could well be so permanent and well settled as to constitute a 'custom or usage' with the force of law." [56]

5   On the other hand, the language of § 1983, read against the background of the same legislative history, compels the conclusion that Congress did not intend municipalities to be held liable unless action pursuant to official municipal policy of some

*677 In *Prigg v. Pennsylvania,* for example, Mr. Justice Story, in addition to confirming a broad national power to legislate under the Fugitive Slave Clause, see *supra,* at 2026, held that Congress could not "insist that states . . . provide means to carry into effect the duties of the national government." 16 Pet., at 615–616. [33] And Mr. Justice McLean agreed that, "[a]s a general principle," it was true "that Congress had no power to impose duties on state officers, as provided in the [Act of Feb. 12, 1793]." Nonetheless he wondered whether Congress might not impose "positive" duties on state officers where a clause of the Constitution, like the Fugitive Slave Clause, seemed to require affirmative government assistance, rather than restraint of government, to secure federal rights. See *id.,* at 664–665.

Had Mr. Justice McLean been correct in his suggestion that, where the Constitution envisioned affirmative government assistance, the States or their officers or instrumentalities could be required to provide it, there would have been little doubt that Congress could have insisted that municipalities afford by "positive" action the protection [34] owed individuals under § 1 of the Fourteenth Amendment whether or not municipalities were obligated by state law to keep the peace. However, any such argument, largely foreclosed by *Prigg,* was made *678 impossible by the Court's holding in *Kentucky v. Dennison,* 24 How. 66, 16 L.Ed. 717 (1861). There, the Court was asked to require Dennison, the Governor of Ohio, to hand over Lago, a fugitive from justice wanted in Kentucky, as required by § 1 of the Act of Feb. 12, 1793, [35] which implemented Art. IV, § 2, cl. 2, of the Constitution. Mr. Chief Justice Taney, writing for a unanimous Court, refused to enforce that section of the Act:

"[W]e think it clear, that the Federal Government, under the Constitution, has no power to impose on a State officer, as such, any duty whatever, and compel him to perform it; for if it possessed this power, it might overload the officer with duties which would fill up all his time, and disable him from performing his obligations to the State, and might impose on him duties of a character incompatible with the rank and dignity to which he was elevated by the State." 24 How., at 107–108.

The rationale of *Dennison* —that the Nation could not impose duties on state officers since that might impede States in their legitimate activities—is obviously identical to that which animated the decision in *Collector v. Day.* See *supra,* at 2028–2029. And, as Blair indicated, municipalities as **2030 instrumentalities through which States executed their policies could be equally disabled from carrying out state policies if they were also obligated to carry out federally imposed duties. Although no one cited *Dennison* by name, the principle for which it *679 stands was well known to Members of Congress, [36] many of whom discussed *Day* [37] as well as a series of State Supreme Court cases [38] in the mid-1860's which had invalidated a federal tax on the process of state courts on the ground that the tax threatened the independence of a vital state function. [39] Thus, there was ample support for Blair's view that the Sherman amendment, by putting municipalities to the Hobson's choice of keeping the peace or paying civil damages, attempted to impose obligations on municipalities by indirection that could not be imposed directly, thereby threatening to "destroy the government of the States." Globe 795.

If municipal liability under § 1 of the Civil Rights Act of 1871 created a similar Hobson's choice, we might conclude, as *Monroe* did, that Congress could not have intended municipalities to be among the "persons" to which that section applied. But this is not the case.

First, opponents expressly distinguished between imposing an obligation to keep the peace and merely imposing civil liability for damages on a municipality that was obligated by state law to keep the peace, but which had not in violation of the Fourteenth Amendment. Representative ▓▓▓▓, for example, reasoning from Contract Clause precedents, indicated that Congress could constitutionally confer jurisdiction on the federal courts to entertain suits seeking to hold municipalities *680 liable for using their authorized powers in violation of the Constitution—which is as far as § 1 of the Civil Rights Act went:

"I presume . . . that where a State had imposed a duty [to keep the peace] upon [a] municipality . . . an action would be allowed to be maintained against them in the courts of the United States under the ordinary restrictions as to jurisdiction. But the enforcing a

liability, existing by their own contract, or by a State law, in the courts, is a very widely different thing from devolving a new duty or liability upon them by the national Government, which has no power either to create or destroy them, and no power or control over them whatever." Globe 794.

Representative Burchard agreed:

"[T]here is no duty imposed by the Constitution of the United States, or usually by State laws, upon a county to protect the people of that county against the commission of the offenses herein enumerated, such as the burning of buildings or any other injury to property or injury to person. Police powers are not conferred upon counties as corporations; they are conferred upon cities that have qualified legislative power. And so far as cities are concerned, where the equal protection required to be afforded by a State is imposed upon a city by State laws, perhaps the United States courts could enforce its performance. But counties . . . do not have any control of the police . . . ." *Id.*, at 795.

See also the views of Rep. Willard, discussed at n.30, *supra.*

**\*\*2031** Second, the doctrine of dual sovereignty apparently put no limit on the power of federal courts to enforce the Constitution against municipalities that violated it. Under the theory of dual sovereignty set out in *Prigg*, this is quite understandable. So long as federal courts were vindicating the Federal Constitution, they were providing the "positive" government action **\*681** required to protect federal constitutional rights and no question was raised of enlisting the States in "positive" action. The limits of the principles announced in *Dennison* and *Day* are not so well defined in logic, but are clear as a matter of history. It must be remembered that the same Court which rendered *Day* also vigorously enforced the Contract Clause against municipalities—an enforcement effort which included various forms of "positive" relief, such as ordering that taxes be levied and collected to discharge federal-court judgments, once a constitutional infraction was found.[40] Thus, federal judicial enforcement of the Constitution's express limits on state power, since it was done so frequently, must, notwithstanding anything said in *Dennison* or *Day*, have been permissible, at least so long as the interpretation of the Constitution was left in the hands of the judiciary. Since § 1 of the Civil Rights Act simply conferred jurisdiction on the federal courts to enforce § 1 of the Fourteenth Amendment—a situation precisely analogous to the grant of diversity jurisdiction under which the Contract Clause was enforced against municipalities —there **\*682** is no reason to suppose that opponents of the Sherman amendment would have found any constitutional barrier to § 1 suits against municipalities.

Finally, the very votes of those Members of Congress, who opposed the Sherman amendment but who had voted for § 1, confirm that the liability imposed by § 1 was something very different from that imposed by the amendment. Section 1 without question could be used to obtain a damages judgment against state or municipal *officials* who violated federal constitutional rights while acting under color of law.[41] However, for *Prigg-Dennison-Day* purposes, as Blair and others recognized,[42] there was no distinction of constitutional magnitude between officers and agents—including corporate agents—of the State: Both were state instrumentalities and the State could be impeded no matter over which sort of instrumentality the Federal Government sought to assert its power. *Dennison* and *Day*, after all, were not suits against municipalities but against *officers*, and Blair was quite conscious that he was extending these cases by applying them to **\*\*2032** municipal corporations.[43] Nonetheless, Senator Thurman, who gave the most exhaustive critique of § 1—*inter alia*, complaining that it would be applied to state officers, see Globe App. 217—and who opposed both § 1 and the Sherman amendment, the latter on *Prigg* grounds, agreed unequivocally that § 1 was constitutional. **\*683**[44] Those who voted for § 1 must similarly have believed in its constitutionality despite *Prigg, Dennison*, and *Day*.

### C. Debate on § 1 of the Civil Rights Bill

From the foregoing discussion, it is readily apparent that nothing said in debate on the Sherman amendment would have prevented holding a municipality liable under § 1 of the Civil Rights Act for its own violations of the Fourteenth Amendment. The question remains, however, whether the general language describing those to be liable under § 1 —"any person"—covers more than natural persons. An examination of the debate on § 1

37     See, *e. g.*, *id.*, at 764 (Sen. Davis); *ibid.* (Sen. Casserly); *id.*, at 772 (Sen. Thurman) (reciting logic of *Day* ); *id.*, at 777 (Sen. Frelinghuysen); *id.*, at 788–789 (Rep. Kerr) (reciting logic of *Day* ); *id.*, at 793 (Rep. Poland); *id.*, at 799 (Rep. Farnsworth) (also reciting logic of *Day* ).

38     *Warren v. Paul*, 22 Ind. 276 (1864); *Jones v. Estate of Keep*, 19 Wis. 369 (1865); *Fifield v. Close*, 15 Mich. 505 (1867); *Union Bank v. Hill*, 43 Tenn. 325 (1866); *Smith v. Short*, 40 Ala. 385 (1867).

39     See Globe 764 (Sen. Davis); *ibid.* (Sen. Casserly). See also T. Cooley, Constitutional Limitations *483–*484 (1871 ed.).

40     See cases cited in n. 28, *supra*. Since this Court granted unquestionably "positive" relief in Contract Clause cases, it appears that the distinction between the Sherman amendment and those cases was not that the former created a positive obligation whereas the latter imposed only a negative restraint. Instead, the distinction must have been that a violation of the Constitution was the predicate for "positive" relief in the Contract Clause cases, whereas the Sherman amendment imposed damages without regard to whether a local government was in any way at fault for the breach of the peace for which it was to be held for damages. See *supra*, at 2024. While no one stated this distinction expressly during the debates, the inference is strong that Congressmen in 1871 would have drawn this distinction since it explains why Representatives ▓▓▓▓, Burchard, and Willard, see *supra*, at 2030–2031, could oppose the amendment while at the same time saying that the Federal Government might impose damages on a local government that had defaulted in a state-imposed duty to keep the peace, and it also explains why everyone agreed that a state or municipal officer could constitutionally be held liable under § 1 for violations of the Constitution. See *infra*, at 2031–2032.

41     See, *e. g.*, Globe 334 (Rep. Hoar); *id.*, at 365 (Rep. Arthur); *id.*, at 367–368 (Rep. Sheldon); *id.*, at 385 (Rep. Lewis); Globe App. 217 (Sen. Thurman). In addition, officers were included among those who could be sued under the second conference substitute for the Sherman amendment. See Globe 805 (exchange between Rep. Willard and Rep. Shellabarger). There were no constitutional objections to the second report.

42     See *id.*, at 795 (Rep. Blair); *id.*, at 788 (Rep. Kerr); *id.*, at 795 (Rep. Burchard); *id.*, at 799 (Rep. Farnsworth).

43     "[W]e cannot command a State officer to do any duty whatever, as such; and I ask . . . the difference between that and commanding a municipality . . . ." *Id.*, at 795.

44     See Globe App. 216–217, quoted in n.45, *infra*. In 1880, moreover, when the question of the limits of the *Prigg* principle was squarely presented in *Ex parte Virginia*, 100 U.S. 339, 25 L.Ed. 676, this Court held that *Dennison* and *Day* and the principle of federalism for which they stand did not prohibit federal enforcement of § 5 of the Fourteenth Amendment through suits directed to state officers. See 100 U.S., at 345–348.

45     Representative Bingham, the author of § 1 of the Fourteenth Amendment, for example, declared the bill's purpose to be "the enforcement . . . of the Constitution on behalf of every individual citizen of the Republic . . . to the extent of the rights guarantied to him by the Constitution." Globe App. 81. He continued:

"The States never had the right, though they had the power, to inflict wrongs upon free citizens by a denial of the full protection of the laws . . . [And] the States did deny to citizens the equal protection of the laws, they did deny the rights of citizens under the Constitution, and except to the extent of the express limitations upon the States, as I have shown, the citizen had no remedy. . . . They took property without compensation, and he had no remedy. They restricted the freedom of the press, and he had no remedy. They restricted the freedom of speech, and he had no remedy. They

delegated the peacekeeping power to a municipal or county corporation, to a sheriff, etc. He did not doubt, however, that the Federal Government could impose on the *States* the obligation imposed by the Sherman amendment, and presumably he would have enforced the amendment against a municipal corporation to which the peacekeeping obligation had been delegated. See *id.*, at 791.

Opponents of the Sherman amendment in the Senate agreed with Blair that Congress had no power to pass the Sherman amendment because it fell outside limits on national power implicit in the federal structure of the Constitution and recognized in, *e. g., Collector v. Day*, 11 Wall. 113, 20 L.Ed. 122 (1871). However, the Senate opponents focused not on the amendment's attempt to obligate municipalities to keep the peace, but on the lien created by the amendment, which ran against *all* money and property of a defendant municipality, including property held for public purposes, such as jails or courthouses. Opponents argued that such a lien once entered would have the effect of making it impossible for the municipality to function, since no one would trade with it. See, *e. g.*, Globe 762 (Sen. Stevenson); *id.*, at 763 (Sen. Casserly). Moreover, everyone knew that sound policy prevented execution against public property since this, too, was needed if local government was to survive. See, *e. g., ibid.* See also *Meriwether v. Garrett*, 102 U.S. 472, 501, 513, 26 L.Ed. 197 (1880) (recognizing principle that public property of a municipality was not subject to execution); 2 J. Dillon, The Law of Municipal Corporations §§ 445–446 (1873 ed.) (same).

Although the arguments of the Senate opponents appear to be a correct analysis of then-controlling constitutional and common-law principles, their arguments are not relevant to an analysis of the constitutionality of § 1 of the Civil Rights Act since any judgment under that section, as in any civil suit in the federal courts in 1871, would have been enforced pursuant to *state* laws under the Process Acts of 1792 and 1828. See Act of May 8, 1792, ch. 36, 1 Stat. 275; Act of May 19, 1828, 4 Stat. 278.

*Ad in Law*
*State*

31    See n. 30, *supra*.

32    In addition to the cases discussed in the text, see *Lane County v. Oregon*, 7 Wall. 71, 77, 81, 19 L.Ed. 101 (1869), in which the Court held that the federal Legal Tender Acts should not be construed to require the States to accept taxes tendered in United States notes since this might interfere with a legitimate state activity.

33    Mr. Chief Justice Taney agreed:
      "The state officers mentioned in the law [of 1793] are not bound to execute the duties imposed upon them by Congress, unless they choose to do so, or are required to do so by a law of the state; and the state legislature has the power, if it thinks proper, to prohibit them. The act of 1793, therefore, must depend altogether for its execution upon the officers of the United States named in it." 16 Pet., at 630 (concurring in part).

34    See *supra*, at 2025–2026, and n. 21.

35    "Be it enacted . . . That whenever the executive authority of any state in the Union . . . shall demand any person as a fugitive from justice . . . and shall moreover produce the copy of an indictment found . . . charging the person so demanded, with having committed treason, felony or other crime, certified as authentic by the governor or chief magistrate of the state . . . from whence the person so charged fled, it shall be the duty of the executive authority of the state or territory to which such person shall have fled, to cause him or her to be arrested and secured . . . and to cause the fugitive to be delivered to such agent [of the demanding State] when he shall appear . . . ." 1 Stat. 302.

36    "The Supreme Court of the United States has decided repeatedly that Congress can impose no duty on a State officer." Globe 799 (Rep. Farnsworth). See also *id.*, at 788–789 (Rep. Kerr).

established principles of *stare decisis*. To obliterate those legitimate expectations without more compelling justifications than those advanced by the Court is a significant departure from our prior practice.

I cannot agree with Mr. Justice POWELL's view that "[w]e owe somewhat less deference to a decision that was rendered without benefit of a full airing of all the relevant considerations." *Ante*, at 2045 n. 6. Private parties must be able to rely upon explicitly stated holdings of this Court without being **\*718** obliged to peruse the briefs of the litigants to predict the likelihood that this Court might change its mind. To cast such doubt upon each of our cases, from *Marbury v. Madison*, 1 Cranch 137, 2 L.Ed. 60 (1803), forward, in which the explicit ground of decision "was never actually briefed or argued," *ante*, at 2044 (POWELL, J., concurring), would introduce intolerable uncertainty into the law. Indeed, in *Marbury* itself, the argument of Charles Lee on behalf of the applicants—which, unlike the arguments in *Monroe*, is reproduced in the Reports of this Court where anyone **\*\*2050** can see it—devotes not a word to the question of whether this Court has the power to invalidate a statute duly enacted by the Congress. Neither this ground of decision nor any other was advanced by Secretary of State Madison, who evidently made no appearance. 1 Cranch, at 153–154. More recent landmark decisions of this Court would appear to be likewise vulnerable under my Brother POWELL's analysis. In *Mapp v. Ohio*, 367 U.S. 643, 81 S.Ct. 1684, 6 L.Ed.2d 1081 (1961), none of the parties requested the Court to overrule *Wolf v. Colorado*, 338 U.S. 25, 69 S.Ct. 1359, 93 L.Ed. 1782 (1949); it did so only at the request of an *amicus curiae*. 367 U.S., at 646 n. 3, 81 S.Ct. 1684. That *Marbury, Mapp*, and countless other decisions retain their vitality despite their obvious flaws is a necessary by-product of the adversary system, in which both judges and the general public rely upon litigants to present "all the relevant considerations." *Ante*, at 2045 n. 6 (POWELL, J., concurring). While it undoubtedly has more latitude in the field of constitutional interpretation, this Court is surely not free to abandon settled statutory interpretation at any time a new thought seems appealing.[3]

Thus, our only task is to discern the intent of the 42d Congress. That intent was first expounded in *Monroe*, and it **\*719** has been followed consistently ever since. This is not some esoteric branch of the law in which congressional silence might reasonably be equated with congressional indifference. Indeed, this very year, the Senate has been holding hearings on a bill, S. 35, 95th Cong., 1st Sess. (1977), which would remove the municipal immunity recognized by *Monroe*. 124 Cong.Rec. D117 (daily ed. Feb. 8, 1978). In these circumstances, it cannot be disputed that established principles of *stare decisis* require this Court to pay the highest degree of deference to its prior holdings. *Monroe* may not be overruled unless it has been demonstrated "beyond doubt from the legislative history of the 1871 statute that [*Monroe* ] misapprehended the meaning of the controlling provision." *Monroe*, 365 U.S., at 192, 81 S.Ct., at 487 (Harlan, J., concurring). The Court must show not only that Congress, in rejecting the Sherman amendment, concluded that municipal liability was not unconstitutional, but also that, in enacting § 1, it intended to impose that liability. I am satisfied that no such showing has been made.

II

Any analysis of the meaning of the word "person" in § 1983, which was originally enacted as § 1 of the Ku Klux Klan Act of April 20, 1871, 17 Stat. 13, must begin, not with the Sherman amendment, but with the Dictionary Act. The latter Act, which supplied rules of construction for all legislation, provided:

"That in all acts hereafter passed . . . the word 'person' may extend and be applied to bodies politic and corporate . . . unless the context shows that such words were intended to be used in a more limited sense . . . ." Act of Feb. 25, 1871, § 2, 16 Stat. 431.

The Act expressly provided that corporations need not be included within the scope of the word "person" where the context suggests a more limited reach. Not a word in the legislative history of the Act gives any indication of the contexts **\*720** in which Congress felt it appropriate to include a corporation as a person. Indeed, the chief cause of concern was that the Act's provision that "words importing the masculine gender may be applied to females," might lead to an inadvertent extension of the suffrage to women. Cong. Globe, 41st Cong., 3d Sess., 777 (1871) (remarks of Sen. Sawyer).

There are other factors, however, which suggest that the Congress which enacted § 1983 may well have intended the word **\*\*2051** "person" "to be used in a more limited sense," as

*Monroe* concluded. It is true that this Court held that both commercial corporations, *Louisville R. Co. v. Letson*, 2 How. 497, 558, 11 L.Ed. 353 (1844), and municipal corporations, *Cowles v. Mercer County*, 7 Wall. 118, 121, 19 L.Ed. 86 (1869), were "citizens" of a State within the meaning of the jurisdictional provisions of Art. III. Congress, however, also knew that this label did not apply in all contexts, since this Court in *Paul v. Virginia*, 8 Wall. 168, 19 L.Ed. 357 (1869), had held commercial corporations not to be "citizens" within the meaning of the Privileges and Immunities Clause, U.S.Const., Art. IV, § 2. Thus, the Congress surely knew that, for constitutional purposes, corporations generally enjoyed a different status in different contexts. Indeed, it may be presumed that Congress intended that a corporation should enjoy the same status under the Ku Klux Klan Act as it did under the Fourteenth Amendment, since it had been assured that § 1 "was so very simple and really reënact[ed] the Constitution." Cong. Globe, 42d Cong., 1st Sess., 569 (1871) (remarks of Sen. Edmunds). At the time § 1983 was enacted the only federal case to consider the status of corporations under the Fourteenth Amendment had concluded, with impeccable logic, that a corporation was neither a "citizen" nor a "person." *Insurance Co. v. New Orleans*, 13 Fed.Cas. 67 (No. 7,052) (CC La.1870).

Furthermore, the state courts did not speak with a single voice with regard to the tort liability of municipal corporations. Although many Members of Congress represented **\*721** States which had retained absolute municipal tort immunity, see, *e. g., Irvine v. Town of Greenwood*, 89 S.C. 511, 72 S.E. 228 (1911) (collecting earlier cases), other States had adopted the currently predominant distinction imposing liability for proprietary acts, see generally 2 F. Harper & F. James, Law of Torts § 29.6 (1956), as early as 1842, *Bailey v. Mayor of City of New York*, 3 Hill 531 (N.Y.1842). Nevertheless, no state court had ever held that municipal corporations were always liable in tort in precisely the same manner as other persons.

The general remarks from the floor on the liberal purposes of § 1 offer no explicit guidance as to the parties against whom the remedy could be enforced. As the Court concedes, only Representative Bingham raised a concern which could be satisfied only by relief against governmental bodies. Yet he never directly related this concern to § 1 of the Act. Indeed, Bingham stated at the outset, "I do not propose now to discuss the provisions of the bill in detail," Cong. Globe, 42d Cong., 1st Sess., App. 82 (1871), and, true to his word, he launched into an extended discourse on the beneficent purposes of the Fourteenth Amendment. While Bingham clearly stated that Congress could "provide that no citizen in any State shall be deprived of his property by State law or the judgment of a State court without just compensation therefor," *id.*, at 85, he never suggested that such a power was exercised in § 1.[4] **\*722** Finally, while Bingham has often been advanced as the chief expositor of the Fourteenth Amendment, *Duncan v. Louisiana*, 391 U.S. 145, 165, 88 S.Ct. 1444, 20 L.Ed.2d 491 (1968) (Black, J., concurring); *Adamson v. California*, 332 U.S. 46, 73–74, 67 S.Ct. 1672, 91 L.Ed. 1903 (1947) (Black, J., dissenting), there is nothing **\*\*2052** to indicate that his colleagues placed any greater credence in his theories than has this Court. See *Duncan, supra*, at 174–176, 88 S.Ct. 1444 (Harlan, J., dissenting); *Adamson, supra*, at 64, 67 S.Ct. 1672 (Frankfurter, J., concurring).

Thus, it ought not lightly to be presumed, as the Court does today, *ante*, at 2035 n. 53 that § 1983 "should prima facie be construed to include 'bodies politic' among the entities that could be sued." Neither the Dictionary Act, the ambivalent state of judicial decisions, nor the floor debate on § 1 of the Act gives any indication that any Member of Congress had any inkling that § 1 could be used to impose liability on municipalities. Although Senator Thurman, as the Court emphasizes, *ante*, at 2033 n. 45, expressed his belief that the terms of § 1 "are as comprehensive as can be used," Cong. Globe, 42d Cong., 1st Sess., App. 217 (1871), an examination of his lengthy remarks demonstrates that it never occurred to him that § 1 did impose or could have imposed any liability upon municipal corporations. In an extended parade of horribles, this "old Roman," who was one of the Act's most implacable opponents, suggested that state legislatures, Members of Congress, and state judges might be held liable under the Act. *Ibid.* If, at that point in the debate, he had any idea that § 1 was designed to impose tort liability upon cities and counties, he would surely have raised an additional outraged objection. Only once was that possibility placed squarely before the Congress—in its consideration of the Sherman amendment—and the Congress squarely rejected it.

Relief,   / mile pence,

①. I Also Accept #50. Billion out court or.
$125 Billion out Court.. For all The Suffering
Pain & Suffering,. Mental Suffering, Deprived
me of Life & Liberty,, Justice, T Violation
of Civil Rights " 1866-1871) U.S. constitution
Rights State & Federal,,, Sosmen Amendment
Violation,,,, ya'll Keep The Design & Inventions
like Been Doing.

Relent ② I Accept 118. Billion # 115 Billion . out of
court. I Done my port I Try help U.S.A
Is all I Wish To Do. I like A pardon
Throw in To Both These Deals HAVE my
Freedom BACk

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.** Breaking Civil Rights 1866-1871 my U.S

Constitution 3 State's Federal and Sherman Amendments NOT GIVEING ME NO Type of Compensation at All, TREATING Me with CRuel And unusal punishment. in Human. PAin 3 SuFFERing cause by me, Couseing me Mental SuFFERing, Violateding my Civil Rights And my Constitutional Rights STATE 3 Federal on Both Civil 3Rights 3 Constitutional

* Level SID Justice 3 Liberty A WAy IN which I-cant Be Deprive

**Claim Number #3** As A U.S. A. AMERICAN OO

(3) Civil Rights 1866 3 1871 U.S - constitution 3 state 3 Federal 3 covid-19

**Type of Claim (for example, excessive force, denial of medical care, etc.):** Deaing pendmic 3 covid-19

Depression 3 TAKEing my Just DEPRIVEd me of my LiBerty 3 Justice, Couseing PAin 3 SuFFERing, Couseing mental SuFFER Ing. Deprivedling me compensation for my Desigens And Inventions,

**Date of the Occurrence:** 11-30-2022 To [5-1-2023 So on.

**Name of Each Defendant involved:** U. S. A. SECRTARY of DeFense DeFense pentAgon Suite #1000, WASHING, DC 20301 Joe Biden, president, I mike pence Vice president WASHINGTON DC. STATE. pentAgon......

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.** Civil Rights 1866-1871. U.S. Constitution, state 3 Federal

Sherman Amendment I Sent Them 5 in pACKAges of Designs 3 Inventions of my owne thet I Design, personally. The U.S.A SECRETARy of DeFense Never sent me. Nothing at all of Compensation in From U.S.A pentAgon. in WAshington DC. The Joe Biden president oue the mike pence-Vice president. NO one From the government. Thi's Vistated all my Civil Rights 3 constitution on

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

___✓___ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___✓___ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

DePRIVeding me of COMPENSATION. TAKE my Justice's Liberty AwAy. ViolAted my Civil Rights STAte's Federal., ViolAted my U.S.A Constitution STAte's Federal., Couseing me PAin's SuFFering Couseing me MentAl SuFFering I have TAke pills For. This is going on Dearing Pandmic's covid-19 Depression. Do. Anything to middle of Next Year. CAN'T EAT. CAN'T HelP my Kids. CAN'T I Trust Them

**If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.**

**VII.    Relief**  300' Billion. LAWsuit.

**If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:**

✓        **Compensatory damages** (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights) 300 Billion

✓        **Punitive damages** (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

**State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.**

FoR The pAin's SuFFering of me's my Kids " No LAwyer Fees . In which TAKeing my INvention's And Design's " I'm A INventor's IdeAlist A Designer of The INvention's Designs FoR government's NASA, ARmy's NAVy " ECT I Sent space World. U.S.A. I Need 300. Billion. Things FoR all my Designs Home land security, PAY me something. Be Just 300 Billion LAWsuit

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

**Executed this _____ day of _____ 20 ___ .**

Charles ABRAham smith JR
**Printed Name of Plaintiff**

Charles a smith jr
**Signature of Plaintiff**



**NOTICE OF ELECTRONIC AVAILABILITY
OF CASE FILE INFORMATION**
(Amended July 2014)

The United States District Court, Western District of Arkansas, implemented the Case Management/Electronic Case Files (CM/ECF) system on August 15, 2005. This system permits public access to the official case documents over the Internet and on the public kiosks located in each divisional office. Any subscriber to PACER, or visitor to the clerk's office, will be able to read and/or print the full content of electronic documents. Additionally, PACER users can download and store electronic documents. Counsel should notify clients of this fact so that an informed decision may be made on what information is to be included in a document filed with the court.

Sealed documents and documents otherwise restricted by court order will **not** be available over the Internet.

In compliance with the Privacy Policy of the Judicial Conference of the United States and the E-Government Act of 2002, sensitive information should not be included in any document filed with the court unless such inclusion is necessary and relevant to the case.

All filers, counsel and pro se, should review the Judicial Conference Policy and applicable court rules, specifically Rule 5.2 of the Federal Rules of Civil Procedure and Rule 49.1 of the Federal Rules of Criminal Procedure. These rules govern mandated redaction, exceptions from the redaction requirements, sealed pleadings and waiver of privacy protections.

**\*\*\*It is the sole responsibility of counsel and their clients and pro se filers to redact personal identifiers. The clerk will not review documents for compliance with the rules, or redact documents, whether filed electronically or in paper form.\*\*\***

Parties will refrain from including, or will partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the court, including exhibits thereto, whether filed electronically or in paper form, unless otherwise ordered by the court:

- **Minors' names** (redact to initials only);
- **Social Security Numbers** or **Taxpayer Identification Numbers** (redact to the last four digits);
- **Dates of birth** (redact to the year only);
- **Financial Account Numbers** (redact to the last four digits);
- **Homes addresses** (redact to city and state in **criminal** cases only).

Additionally, filers should also exercise caution when filing documents that contain sensitive information, such as:

- **Personal identifying number** (driver's license number);
- **Medical records** identifying diagnosis and/or treatment;
- **Individual Financial Information**; and
- **Proprietary** or **Trade Secret information**.

For more information, please visit

http://www.uscourts.gov/RulesAndPolicies/JudiciaryPrivacyPolicy.aspx



CHARLES ABRAHAM Smith JR ADC#,2777

VARNER Super MAX. V.S.m. 3.68

P.O. Box. 400

GRACY, ARK, 41644 - 0400

LegaLmail
LawSuit

UNITED STATE DISTRICT
COURT
30.5.6ᵗʰ STREE T. Room 1038
Fort Smith, ARK,
72904 2437

LegAL mail
Law Suit

US POSTAGE
quadient
PRIORITY MAIL
IMI
$009.85²
05/01/2023 ZIP 71643
043M31236723